(104 So. 343)

## Ex parte W. H. COURINGTON.
(6 Div. 449.)

(Supreme Court of Alabama. May 14, 1925.)

Certiorari to Court of Appeals.

Pinkney Scott, of Bessemer, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of W. H., alias Hamp, Courington for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Courington v. State, 20 Ala. App. 581, 104 So. 341.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.